adjournment to enable his attorney to review documentation. The court did not abuse its discretion in refusing to grant an adjournment (*see, Matter of Philip Jaye J.,* 256 AD2d 1201). Respondent had ample opportunity to provide his attorney with those documents before the hearing or during the two-month adjournment before the hearing was concluded. Respondent's additional contention that the court erred in taking judicial notice of facts based on personal knowledge is not preserved for our review (*see, Matter of Star Leslie W., supra,* at 145; *see also, Matter of Juanita Katerina M.,* 205 AD2d 474). (Appeal from Order of Erie County Family Court, Mix, J.— Terminate Parental Rights.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

■ In the Matter of ANNA M., a Child Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MARK M., Appellant. (Appeal No. 2.) [700 NYS2d 880] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Mark M.* (267 AD2d 1045 [decided herewith]). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

■ In the Matter of JOSEPH M., a Child Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MARK M., Appellant. (Appeal No. 3.) [700 NYS2d 880] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Mark M.* (267 AD2d 1045 [decided herewith]). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

■ In the Matter of JOSE M., a Child Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MARK M., Appellant. (Appeal No. 4.) [700 NYS2d 913] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Mark M.* (267 AD2d 1045 [decided herewith]). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

■ In the Matter of ANTHONY M., a Child Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MARK M., Appellant. (Appeal No. 5.) [700 NYS2d 880] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Mark M.* (267 AD2d 1045 [decided herewith]). (Appeal from Order of Erie County Family